**United States District Court
Central District of California**

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 24, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Nekeiya Necole Weatherspoon,

    Petitioner/Movant,

v.

United States of America,

    Respondent.

Case No. ED 17-cv-02277 VAP
(EDCR 13-116 VAP)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Denying Movant Nekeiya Necole Weatherspoon's Section 2255 Motion filed concurrently herewith.

IT IS SO ORDERED AND ADJUDGED that Movant's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    5/24/18

                                    Virginia A. Phillips
                                Chief United States District Judge